Dismissed and Opinion filed September 26, 2002









Dismissed and Opinion filed September 26, 2002.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-02-00512-CV

____________

 

HARTMAN MANAGEMENT CO., Appellant

 

V.

 

BFI WASTE SYSTEMS OF NORTH AMERICA, INC., Appellee

 



 

On Appeal from the 165th District Court

Harris County, Texas

Trial Court Cause No. 01-49546

 



 

M
E M O R A N D U M   O P I N I O N

This
is an appeal from a judgment signed February 26, 2002.  On September 18, 2002, appellant filed an
unopposed motion to dismiss the appeal because the case has been settled.  See Tex.
R. App. P. 42.1.  The motion is
granted.

Accordingly,
the appeal is ordered dismissed.  

PER CURIAM

Judgment rendered and Opinion
filed September 26, 2002.

Panel consists of Justices
Edelman, Seymore, and Guzman.

Do Not Publish C Tex. R. App. P. 47.3(b).